**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

XUE TIAN

Petitioner,

v. No. 2:26-cv-02075-DHU-GBW

MARKWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security,

Respondents.

**ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

THIS MATTER is before the Court on Petitioner's Stipulated Motion for Voluntary Dismissal Without Prejudice ("Motion"). Having considered the parties' briefs, the record of the case, and the relevant law, the Court **GRANTS** the Motion.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1. Petitioner's Motion for Voluntary Dismissal Without Prejudice (Doc. 15) is **GRANTED**;
2. This action is voluntarily dismissed without prejudice; and
3. Petitioner shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE